# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

HFT Solutions, LLC

                              Plaintiff,

v.                                                       Case No.: 1:24−cv−13213
                                                      Honorable Sharon Johnson Coleman

Citadel Securities LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 28, 2025:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 10/28/2025. Plaintiff's unopposed motion to request a status conference and to extend deadlines for the parties' contentions [49] is granted. Plaintiff's narrowed selection of claims (LPR 3.1) shall be filed by 11/28/2025. Final infringement contentions (LPR 3.1) shall be filed by 12/12/2025. Final unenforceability and invalidity contentions (LPR 3.1) shall be filed by 12/19/2025. Final non−infringement, enforceability and validity contentions (LPR 3.2) shall be filed by 1/26/2026. An in−person status hearing is set for 12/2/2025 at 10:15 AM. Defendant's motion to dismiss [30] is taken under advisement. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.